JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA FARMER,<br><br>           Plaintiff,<br><br>  vs.<br><br>AEROTEK, INC., a Maryland Corporation; CRANE CO. dba CRANE AEROSPACE, a Delaware Corporation; CRANE AEROSPACE, a business entity form unknown; and DOES 1-100, inclusive,<br><br>           Defendants.<br>_____ | Case No. CV 08-2239-RSWL (CWx)<br>*[Hon. Ronald S. Lew, Courtroom 21]*<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION** |

    It is hereby ordered that this entire matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear their respective fees and costs. This court, however, will retain jurisdiction to enforce the terms of the settlement agreement, except as to any breach in the confidentiality provision.

    IT IS SO ORDERED.

Dated: April 21, 2009

/ s /
_____
Honorable Ronald S. W. Lew
Senior U.S. District Court Judge